[Civ. No. 2301. First Appellate District.—March 12, 1918.]

JAMES D. HALSTED et al., Appellants, v. OAKLAND BANK OF SAVINGS et al., Respondents.

[Civ. No. 2303. First Appellate District.—March 12, 1918.]

JAMES D. HALSTED et al., Appellants, v. CENTRAL SAVINGS BANK et al., Respondents.

TRUST—BANK DEPOSITS.—Judgment in each case affirmed on the authority of *Halsted et al.* v. *Central Savings Bank, ante,* p. 500.

APPEALS from judgments of the Superior Court of Alameda County. W. H. Thomas, Judge Presiding.

The facts are stated in the opinion in *Halsted et al.* v. *Central Savings Bank, ante,* p. 500.

O'Neill & O'Neill, and Chapman & Trefethen, for Appellants.

Harry E. Leach, and Abe P. Leach, for Respondents.

THE COURT.—The facts of these two cases are such as to present the same question that we have this day decided in *James D. Halsted et al.* v. *Central Savings Bank, ante,* p. 500, [172 Pac. 613], numbered in this court No. 2302. In all the cases the plaintiffs, as executors of the last will of James M. Halsted, deceased, are seeking to establish an interest in certain savings bank deposits belonging to the deceased in his lifetime, but in which he had created an interest in favor of Anna N. Collins amounting upon his death to absolute and sole ownership.

Upon the authority of the above-mentioned case of *Halsted et al.* v. *Central Savings Bank,* No. 2302, the judgment in each of these cases is affirmed.

A petition to have the causes heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on May 9, 1918.